NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DGR ASSOCIATES, INC.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant,*

AND

**GENERAL TRADES & SERVICES, INC.,**
*Defendant.*

---

2011-5080

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-396, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**ORDER**

The United States moves for a 40-day extension of time, until September 25, 2011, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions.

FOR THE COURT

**AUG 1 1 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Darcy Victoria Hennessy, Esq.
Steven M. Mager, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 1 1 2011**

**JAN HORBALY**
**CLERK**